# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LINDSEY SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:24-cv-03514 |
| v. | ) | |
| | ) | |
| GEORGIA BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF GEORGIA. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies that Court that the parties have agreed in principle to resolve the above-captioned matter. Once a formal Settlement Agreement is finalized and fully executed, the parties will file a stipulated dismissal with prejudice.

Dated October 29, 2024.

*/s/ Zachary Panter*
Zachary Panter
Georgia Bar No. 822012
James Radford
Georgia Bar No. 108007
*Counsel for Plaintiff*

RADFORD SCOTT LLP
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
(678) 271-0308

zpanter@radfordscott.com
jradford@radfordscott.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDSEY SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:24-cv-03514 |
| v. | ) | |
| | ) | |
| GEORGIA BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF GEORGIA. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 29th day of October, 2024.

*/s/ Zachary Panter*
Zachary Panter
Georgia Bar No. 822012

3